JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ELVIA HERNANDEZ CASTILLO, an individual,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>TARGET CORPORATION, a Minneapolis corporation,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-05570-JFW-AGRx<br><br>Judge: Hon. John F. Walter<br><br>**JUDGMENT** |

On May 1, 2023, Defendant Target Corporation ("Target") filed a Motion for Summary Judgment. On May 15, 2023, Plaintiff Elvia Hernandez Castillo ("Plaintiff") filed her Opposition. On May 22, 2023, Defendant filed its Reply.

On June 1, 2023, the Court GRANTED Target's Motion for Summary Judgment. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found this matter appropriate for decision without oral argument.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing from Target, that the action be dismissed on the merits with prejudice and that Target shall recover all costs to which it is entitled under F.R.Civ.P. 54 and L.R. 54-1 et seq.

IT IS SO ORDERED.

Dated: June 8, 2023

_____
The Honorable John F. Walter
United States District Court Judge